Entered on Docket December 15, 2022

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
FOR DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>AMINUL ISLAM<br><br>Debtor. | **CASE NO. 22-11953-CMA**<br><br>CHAPTER 13<br><br>EX PARTE ORDER GRANTING INTERESTED PARTY SEUNG "SAM" IL CHOI'S EX PARTE MOTION TO SHORTEN TIME RE:<br><br>MOTION FOR COMFORT ORDER |

1. This matter came before the Court on the Seung "Sam" Il Choi ("Choi") Ex Parte Motion to shorten time.

MOTION FOR SHORTENED TIME
1

**ROI LAW FIRM, PLLC**
1302 North I Street, Ste. C
Tacoma, WA 98403
253-753-1530
Fax 253-753-1532

2. This Order sets deadlines and dates for Choi's underlying Motion for a comfort order. **Dkt. 8.**

NOW THEREFORE,

IT IS HEREBY ORDERED AND DECLARED:

1. Choi's Motion for an Order to Shorten Time is GRANTED;

2. Responses to Choi's Motion for a Comfort Order, **Dkt. 8**, if any, are due ~~on~~ by 9:30 AM on December 22, 2022;

3. The Court shall hear the matter on its December 22, 2022 9:30 AM Seattle Motion Calendar; and

4. The movant shall serve this Order and a Notice of Hearing that reflects this Order on the Debtor by posting and mailing the same to the Debtor's scheduled residence, and mailing to the Debtor's mailing address not less than twenty-four business hours after receiving this Order.

///End of Order///

Submitted by:

ROI LAW FIRM, PLLC

/s/ Seth Goodstein
Seth Goodstein, WSBA #45091
Attorneys for Choi

MOTION FOR SHORTENED TIME
2

**ROI LAW FIRM, PLLC**
1302 North I Street, Ste. C
Tacoma, WA 98403
253-753-1530
Fax 253-753-1532

Case 22-11953-CMA   Doc 11   Filed 12/15/22   Ent. 12/15/22 12:41:45   Pg. 2 of 2